In the Matter of JOSEPH A. PENNICA, an attorney at law.

For the order: *Mr. Cuddie E. Davidson, Jr., Mr. George F. Hetfield* and *Mr. H. Harding Brown.*

For the respondent: *Mr. Edmund J. Kiely.*

January 22, 1962.   Name of respondent stricken from roll of attorneys at law.   Opinion reported at 36 *N. J.* 401.

In the Matter of FRANK L. JOHNSON, JR., an attorney at law.

For the order: *Mr. Guy Lee, Jr.*

For the respondent: *Mr. Samuel P. Orlando.*

February 19, 1962.   Respondent suspended for one year and until the further order of the court.   Opinion reported at 36 *N. J.* 535.